# United States District Court

| EASTERN | DISTRICT OF | TENNESSEE |

MAYSIE D. CATRON

V.

COMMISSIONER OF SOCIAL SECURITY

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 3:06-CV-25

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** upon entry of Order by Judge Thomas W Phillips, ACCEPTING IN WHOLE the REPORT AND RECOMMENDATIONS [doc 18] of Magistrate Judge Guyton. It is further ORDERED that the plaintiff's motion for summary judgment [doc 12] is DENIED; the Commissioner's motion for summary judgment [doc 16] is GRANTED; the Commissioner's decision in this case denying the plaintiff's application for a period of disability and disability insurance benefits based on disability under the Social Security Act is AFFIRMED; and this case is DISMISSED.

October 2, 2006
Date

Patricia L. McNutt, Clerk

By  s/A. Archer, Case Manager